AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the



_Miguel Angel Barraza Saviñana_
Petitioner

v.    Case No. _2:25-cv-00339_
(Supplied by Clerk of Court)

_Christopher Mason_
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: _Miguel Angel Barraza Saviñana_
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: _South Central Regional Jail (WVDCR)_
   (b) Address: _1001 Centre Way Charleston WV 25309_

   (c) Your identification number: _OID# 3702293   A# 212991143_
3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☒ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Board of immigration Appeals (BIA) 5107 Leesburg Pike, Suite 2000, Falls Church VA 22041
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Lengthy incarceration, Been on appeal for over 6 months and still no decision has been made this incarceration has no end in sight, have been locked up by ICE for 15 months
   (d) Date of the decision or action: They Received The Appeal form On October 7Th

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Board of immigration appeals, 5107 Leesburg Pike, Suite 2000, Falls Church VA 22041
      (2) Date of filing: 10-7-24
      (3) Docket number, case number, or opinion number: A#212991143
      (4) Result: Pending
      (5) Date of result: N/A
      (6) Issues raised: I will be Killed, tortured if I am deported to Mexico I have Credible fear for my life. Which at Some point was arranted by The IJ. I rejected the Cartel forceful recruitment, and a result, I was tortured, Kidnapped. And I had to escape to the USA to Save my life. My Childhood Friend who was Kidnapped with me was tortured to death.
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____
    _____
    _____
    _____
    _____
    _____

    (b) If you answered "No," explain why you did not file a second appeal: _____
    _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____
    _____
    _____
    _____
    _____
    _____

    (b) If you answered "No," explain why you did not file a third appeal: _____
    _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes          ☒ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes   ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 02/28/2024
(b) Date of the removal or reinstatement order: 09/04/2025
(c) Did you file an appeal with the Board of Immigration Appeals?
☒ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: 10/04/2024
(2) Case number: A#212991143
(3) Result: Pending
(4) Date of result: N/A
(5) Issues raised: A relief from deportation based on The Threats and harm I received in my Country, futuristic harm and death.

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I have been waiting for more than 15 months for a response that's supposed to be taken within 6 months. I am being held in a facility for criminals, not ICE detainees. The conditions and treatment are very bad.

(a) Supporting facts (Be brief. Do not cite cases or law.):
No end in sight to how much longer is will be detained by ICE. As this whole process is taking much longer than Expected

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** I am being held in a state jail facility undergoing penal treatment like a Criminal, Always locked in a Cell and limited recreation, and no access to sun light.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I was at an ICE processing Center, eventhough it was still penal in every experience. But I have been transferred to state jail in WV and it's more penal and worse treatment than an ICE processing Center

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** I am being locked up in a jail without proper Medical Care Physical health, Mental health, dental health

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have severe PTSD, anxiety, depression from my experiences in Mexico and right here. I do not get the proper Medicine, I cannot get the therapeutic treatments I got when I was free.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I have a 21 month old daughter with Special needs, that was attached for me before I was taken into custody by ICE. I have a fiance who is rousing my daughter by herselfs with health issues and is struggling Alone

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: my young family is really suffering. My daughter is a USA Citizen, and her mom my fiance is a Green Card holder

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: My appeal was focused on my safety issues if I was to be returned to Mexico I wanna be alive to be a father and husband

## Request for Relief

15. State exactly what you want the court to do: I want to ask the honorable Court, judge to grant me an immidiate realease, or a bond hearing to be able to go home in Maryland to my young suffering family, to assist them and continue with my case while I am outside. I am not a flight risk or a danger to the society or national security. I was arrested by ICE in Edgewood M.D. I will be available for my family and the Commiunity at large. I made a mistake and paid for it by being charged with D.U.I. I ve habilitated by attending classes and completing them as required by the court. And adheaving to the rules of my probation and doing great as a new man. I am asking the judge for a chance to keep proving how better i can be to myself an family.

Miguel Ay [signature]

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

03-05-2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-05-2025

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any