**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

MIGUEL ANGEL BARRAZA SARINANA,

Petitioner,

v. CIVIL ACTION NO. 2:25-cv-00339

CHRISTOPHER MASON,

Respondent.

**MEMORANDUM OPINION AND ORDER**

This action is referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On August 21, 2026, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations, [ECF No. 6], ("PF&R") and recommended that the court dismiss Petitioner's Section 2241 Petition and remove this matter from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith.[1] Pursuant to Federal Rule of Civil

[1] The court, however, does not adopt and incorporate the latter half of the sentence on page three that contains the phrase, "a copy will be submitted to the Honorable United States District Judge Irene C. Berger." [ECF No. 6, at 4].

Procedure 41(b)—involuntary dismissal due to failure to prosecute—and LR Civ. P. 41.1—dismissal of actions—the Petitioner's Section 2241 Petition, [ECF No. 1], is **DISMISSED** and the case is **ORDERED** stricken from the active docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: September 10, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE